**This order is SIGNED.**

 

**Dated: October 19, 2018**

**R. KIMBALL MOSIER
U.S. Bankruptcy Judge**

Claire Summerhill #7418
3220 Mariner Bay St
Las Vegas, NV 89117
Tel: (702) 588-3852
Email: cksummerhill@outlook.com
*Attorney for Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| In re: Nichole M. Winters<br>SSN: xxx-xx-7242 | Case No.  15-31416<br><br>Chapter 13<br><br>Judge: R. Kimball Mosier |

**ORDER VACATING DISMISSAL AND REINSTATING CHAPTER 13 BANKRUPTCY CASE**

Debtor's Motion to Vacate Dismissal came for consideration before Judge R. Kimball Mosier, Courtroom 369, Frank E. Moss Federal Courthouse, 350 South Main Street, Salt Lake City, Utah.

The deadline to file a response of September 10, 2018 has passed and no creditor has responded.  The objections of the Chapter 13 Trustee have been resolved and the Chapter 13 Trustee has agreed to endorse this order.

Therefore, having read the arguments/representations of counsel in the motion and good cause appearing therefore, this Court hereby ORDERS that the Order of Dismissal is hereby vacated, and the case is reinstated as an active bankruptcy case.

-------END OF ORDER-------